**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Andrew C. Boney                       CHAPTER 13

Debtor(s)

BKY. NO. 22-11226 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Community Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ *Rebecca Solarz*
                              Rebecca Solarz
                              03 Jun 2022, 12:13:23, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322