# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Andrew C. Boney | : | |
| **Debtor** | : | **Bky. No.** 22-11226-amc |

# O R D E R

**AND NOW,** upon consideration of the Debtor's *Second Motion for Order Authorizing Extensions of Time for Filing Schedules, Chapter 13 Plan, and Related Documents Pursuant to Fed. R. Bankr. P. § 1007* ("the Motion"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** June 23, 2022.

2. **NO FURTHER EXTENSIONS WILL BE GRANTED. If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed on or before August 18, 2022.

4. Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service

**Date: June 10, 2022**

_____
**ASHELY M. CHAN**
**U.S. Bankruptcy Court Judge**