# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11226-AMC

ANDREW C. BONEY

7344 Swagger Road

Point Pleasant, PA 18950

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANDREW C. BONEY

    7344 Swagger Road

    Point Pleasant, PA 18950

Counsel for debtor(s), by electronic notice only.

    Akeem J. Parsons - Attorney at Law
    PO Box 12418

    Philadelphia, PA 19151-

Date: 8/23/2022

/S/ Kenneth E. West
_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee