# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-11226-AMC

ANDREW C. BONEY

7344 SWAGGER ROAD

POINT PLEASANT, PA 18950

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ANDREW C. BONEY

  7344 SWAGGER ROAD

  POINT PLEASANT, PA 18950

Counsel for debtor(s), by electronic notice only.

  Akeem J. Parsons - Attorney at Law
  PO Box 12418

  Philadelphia, PA 19151-

Date: 10/11/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee