**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

        Chapter 13

ANDREW C. BONEY

Debtor         Case No.:  22-11226

**CERTIFICATE OF SERVICE**

I, AKEEM J. PARSONS, Attorney for Debtor, hereby certify that on the 12th day of December, 2022, I did serve a copy of the Answer to Motion for Relief from the Automatic Stay on the following individuals via regular mail and  electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

Denise Carslon, Esquire
KML Law Group, P.C.
701 Market Street, Ste. 5000
Philadelphia, PA  19106

Ashley Funding Services, LLC
Attn:  David Lamb
Resurgent Capital Services
P.O. Box 10587
Greenville, SC  29603-0587

Pentagon Federal Credit Union
Attn:  Bankruptcy
P.O. Box 1432
Alexandria, VA  22313-2032

AT & T Corp.
Attn: Sandra G. Stinson
C/O AT & Servicing
Karen A. Cavagnaro
One AT & T Way, Suite 3A104
Bedminster, NJ  07921

Edfinancial of behalf of
US Department of Education
120 N. Seven Oaks Drive
Knoxville, TN  37922


Date:  December 12, 2022

                                            BY:/s/ Akeem J. Parsons
                                                AKEEM J. PARSONS, EQUIRE
                                                SPEAR WILDERMAN, P.C.
                                                230 S. Broad Street, 14th Floor
                                                Philadelphia, PA  19102
                                                (215) 732-0101
                                                (215) 7342-7790 (fax)
                                                aparsons@spearwilderman.com
                                                Attorney for Debtor