# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Chapter 13

ANDREW C. BONEY      Bankruptcy No. 22-11226-AMC

7344 SWAGGER ROAD

POINT PLEASANT, PA 18950

Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ANDREW C. BONEY

7344 SWAGGER ROAD

POINT PLEASANT, PA 18950

**Counsel for debtor(s), by electronic notice only.**
AKEEM J. PARSON, ESQ
ATTORNEY AT LAW
PO BOX 12418
PHILADELPHIA,, PA 19151-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 12/13/2022      /s/ Kenneth E. West

           _____
           Kenneth E. West, Esquire
           Chapter 13 Standing Trustee