## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**ANDREW C. BONEY**

                          **Chapter 13**

**Debtor**                            **Case No. 22-11226**

---

### WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

      Kindly withdraw my individual appearance on behalf of Andrew C. Boney in the above referenced Chapter 13 case.

                                        BY: /s/ Akeem J. Parsons
                                            AKEEM J. PARSONS, ESQUIRE
                                            P.O. Box 12418
                                            Philadelphia, PA 19151
                                            (484) 841-9142
                                            Fax (215) 857-0319
                                            akeemparsonsesq@gmail.com

      Kindly enter my appearance for Spear Wilderman, P.C. on behalf of Andrew C. Boney in the above referenced Chapter 13 case.

                                          BY:/s/ Akeem J. Parsons
                                            AKEEM J. PARSONS, ESQUIRE
                                            SPEAR WILDERMAN, P.C.
                                            230 S. Broad Street, Ste. 1400
                                            Philadelphia, PA 19102
                                            (215) 732-0101
                                            (215) 732-7790
                                            aparsons@spearwilderman. com