**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Chapter 13

Andrew C. Boney

Debtor                                                                                  Case No.: 22-11226-amc

## CERTIFICATE OF SERVICE

I, Kim Y. Brand, Legal Assistant to Akeem J. Parsons, Attorney for Debtor, hereby certify that on the 20th day of December 2022, I did serve a copy of the First Amended Chapter 13 Plan on the following individuals via regular mail and electronic notice

**U.S. Trustee**
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Chapter 13 Trustee**
Kenneth E. West  Esquire
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**Counsel for Nationstar Mortgage LLC D/B/A Mr. Cooper**
Denise Elizabeth Carlon, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**Counsel for Community Loan Servicing, LLC, a Delaware Limited Liability Company**
Brian Craig Nicholas, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**Secured Creditor**s
Nationstar Mortgage, LLC
P.O. Box 619096
Dallas, TX 75261-9741

Pentagon Federal Credit Union
Attn: Bankruptcy Department
P.O. Box 1432
Alexandria, VA 22313-2032


**Student Loan**
Edfinancial on behalf of US Dept. Of Education
120 N. Seven Oaks Drive
Knoxville, TN 37922



Date:   December 20, 2022


                BY:/s/ Kim Y. Brand
                 Kim Y. Brand, Legal Assistant to
                Akeem J. Parsons, Esquire
                SPEAR WILDERMAN, P.C.
                230 S. Broad Street, 14th Floor
                Philadelphia, PA  19102
                (215) 732-0101
                (215) 7342-7790 (fax)