**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 22-11226-AMC

ANDREW C. BONEY

7344 SWAGGER ROAD

POINT PLEASANT, PA 18950

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANDREW C. BONEY

    7344 SWAGGER ROAD

    POINT PLEASANT, PA 18950

Counsel for debtor(s), by electronic notice only.

    AKEEM J. PARSON, ESQ
    ATTORNEY AT LAW
    PO BOX 12418
    PHILADELPHIA,, PA 19151-

Date: 7/11/2023

    /S/ Kenneth E. West
    _____
    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee