**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : CHAPTER 13

Andrew C. Boney                           : BANKRUPTCY NO. 22-11226 AMC

                AMC Debtor (s)

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 10/31/2023 at 10:00 AM before the Hon. Ashely M. Chan

                Respectfully submitted,

Date: September 18, 2023                /s/Jack K. Miller, Esquire for
                Kenneth E. West
                Chapter 13 Standing Trustee
                P.O. Box 40837
                Philadelphia, PA  19105