**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                                        Chapter 13

Andrew C. Boney

Debtor                                             Case No.: 22-11226-amc

**AMENDED- CERTIFICATE OF SERVICE**

I, Akeem J. Parsons, Attorney for Debtor, hereby certify that on the 19th day of September, 2023, I did serve a copy of the Third Amended Chapter 13 Plan on the following individuals via regular mail and electronic notice:

**ECF/Electronic Notice:**

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West  Esquire
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

Denise Elizabeth Carlon, Esquire
Counsel for Nationstar Mortgage LLC D/B/A Mr. Cooper
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com

**Regular Mail Only**:

Pentagon Federal Credit Union
Attn: Bankruptcy Department
P.O. Box 1432
Alexandria, VA 22313-2032

Edfinancial on behalf of US Dept. Of Education
120 N. Seven Oaks Drive
Knoxville, TN 37922

Date:   September 19, 2023

> BY:/s/ Akeem J. Parsons, Esquire
> Akeem J. Parsons, Esquire
> SPEAR WILDERMAN, P.C.
> 230 S. Broad Street, 14th Floor
> Philadelphia, PA  19102
> (215) 732-0101
> (215) 732-7790 (fax)