United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11226-amc |
| Andrew C. Boney | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 19, 2023 | Form ID: 152 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Andrew C. Boney, 7344 Swagger Road, Point Pleasant, PA 18950 |
| 14690494 | + | Akeem J. Parsons - Attorney, At Law, PO Box 12418, Philadelphia, PA 19151-0418 |
| 14696127 | + | Community Loan Servicing, LLC, a, Delaware Limited Liability Company, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14767361 | + | Land Home Financial Services, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 19 2023 23:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2023 23:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14701959 | + | Email/Text: g17768@att.com | Sep 19 2023 23:52:00 | AT&T CORP, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14690493 | + | Email/Text: EBNProcessing@afni.com | Sep 19 2023 23:52:00 | Afni, Inc., Attn: Bankruptcy, PO Box 3427, Bloomington, IL 61702-3427 |
| 14691370 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 00:05:47 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14690495 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2023 23:52:00 | Community Loan Servicing, Attn Bankruptcy Department, 4425 Ponce De Leon Blvd 5th Floor, Coral Gables, FL 33146-1839 |
| 14690496 | | Email/Text: EBN@edfinancial.com | Sep 19 2023 23:52:00 | EdFinancial Services, Attn: Bankruptcy, PO Box 36008, Knoxville, TN 37930-6008 |
| 14716733 | + | Email/Text: EBN@edfinancial.com | Sep 19 2023 23:52:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 14706974 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 19 2023 23:52:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14690497 | + | Email/Text: bkrgeneric@penfed.org | Sep 19 2023 23:52:00 | Pentagon Federal Credit, Union, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Land Home Financial Services, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AKEEM J. PARSONS | on behalf of Debtor Andrew C. Boney akeemparsonsesq@gmail.com aparsons@spearwilderman.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Andrew C. Boney

    Debtor(s)

Case No: 22−11226−amc

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/31/23 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

66 − 18
Form 152