# IN THE UNITED STATES BANKRUPTY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

      Chapter 13

ANDREW C. BONEY

Debtor                                                         Case No.: 22-11226-AMC

## DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT OF NATIONSTAR MORTGAGE, LLC

Debtor, Andrew C. Boney(hereafter :Debtor") responds to the Certification of Default of Nationstar Mortgage, LLC, as follows:

    Denied.  Debtor has sufficient funds to cure the current post-petition delinquency.

WHEREFORE, Debtor respectfully requests an Order denying Nationstar Mortgage, LLC relief from the Automatic Stay

Date: January 4, 2024

                                      BY:  /s/ Akeem J. Parsons
                                              AKEEM J. PARSONS, EQUIRE
                                             SPEAR WILDERMAN, P.C.
                                             230 S. Broad Street, 14th Floor
                                             Philadelphia, PA  19102
                                             (215) 732-0101
                                             (215) 7342-7790 (fax)
                                             aparsons@spearwilderman.com
                                             Attorney for Debtor

**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                                                                                        Chapter 13

ANDREW C. BONEY

Debtor                                                      Case No.: 22-11226-AMC

## CERTIFICATE OF SERVICE

I, AKEEM J. PARSONS, Attorney for Debtor, hereby certify that on the 4th day of January, 2024, I did serve a copy of the Objection to Certification of Default on the following individuals via regular mail and/or electronic notice as follows:

**Electronic Notice**

KENNETH E. WEST
ecfemails@ph13trustee.com,  philaecf@gmail.com

UNITED STATES TRUSTEE
USTPRegion03.PH.ECF@usdoj.gov

**Counsel for Mortgage Company**
DENISE ELIZABETH CARLON
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
dcarlon@kmllawgroup.com
representing;   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

MARK A. CRONIN
KML Law Group, P.C,
701 Market Street
Ste 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com
representing   Nationstar Mortgage LLC

BRIAN CRAIG NICHOLAS
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
bnicholas@kmllawgroup.com
representing    Community Loan Servicing, LLC, a Delaware Limited Liability Company
    Nationstar Mortgage LLC


Date:   January 4, 2024


                                              BY:/s/ Akeem J. Parsons
                                              AKEEM J. PARSONS, EQUIRE
                                              SPEAR WILDERMAN, P.C.
                                              230 S. Broad Street, 14th Floor
                                              Philadelphia, PA  19102
                                              (215) 732-0101
                                              (215) 7342-7790 (fax)
                                              aparsons@spearwilderman.com
                                              Attorney for Debtor