*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Andrew C. Boney
    Debtor(s)

Case No: 22–11226–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default
and
Objection to Certification of Default

    on: 1/30/24

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 1/5/24

For The Court

Timothy B. McGrath
Clerk of Court

81 – 78, 80
Form 167