United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11226-amc
Andrew C. Boney     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jan 05, 2024     Form ID: 167     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Andrew C. Boney, 7344 Swagger Road, Point Pleasant, PA 18950 |
| 14690494 | + | Akeem J. Parsons - Attorney, At Law, PO Box 12418, Philadelphia, PA 19151-0418 |
| 14696127 | + | Community Loan Servicing, LLC, a, Delaware Limited Liability Company, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14767361 | + | Land Home Financial Services, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14701959 | + | Email/Text: g17768@att.com | Jan 06 2024 02:48:00 | AT&T CORP, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14690493 | + | Email/Text: EBNProcessing@afni.com | Jan 06 2024 02:49:00 | Afni, Inc., Attn: Bankruptcy, PO Box 3427, Bloomington, IL 61702-3427 |
| 14691370 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2024 05:07:27 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14690495 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 06 2024 02:48:00 | Community Loan Servicing, Attn Bankruptcy Department, 4425 Ponce De Leon Blvd 5th Floor, Coral Gables, FL 33146-1839 |
| 14690496 | | Email/Text: EBN@edfinancial.com | Jan 06 2024 02:48:00 | EdFinancial Services, Attn: Bankruptcy, PO Box 36008, Knoxville, TN 37930-6008 |
| 14716733 | + | Email/Text: EBN@edfinancial.com | Jan 06 2024 02:48:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 14706974 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 06 2024 02:48:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14690497 | + | Email/Text: bkrgeneric@penfed.org | Jan 06 2024 02:48:00 | Pentagon Federal Credit, Union, Attn: Bankruptcy, PO Box 1432, Alexandria, VA 22313-1432 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Land Home Financial Services, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

Case 22-11226-amc  Doc 82  Filed 01/07/24  Entered 01/08/24 00:31:01  Desc Imaged
Certificate of Notice  Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2024 | Form ID: 167 | Total Noticed: 12 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2024                           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AKEEM J. PARSONS | on behalf of Debtor Andrew C. Boney akeemparsonsesq@gmail.com aparsons@spearwilderman.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Andrew C. Boney
    Debtor(s)

Case No: 22−11226−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default
and
Objection to Certification of Default

    on: 1/30/24

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Date: 1/5/24

81 − 78, 80
Form 167